UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERARD M. BRADFORD,<br>     Plaintiff,<br><br>     v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF THE TRIAL COURT,<br>     Defendant. | Civil Action No.<br>17-12245-NMG |

**ORDER**

**GORTON, J.**

For the reasons set forth below, the Court denies without prejudice the plaintiff's motion for leave to proceed in forma pauperis.

Gerard M. Bradford has filed a lawsuit in which he alleges that his employment was wrongfully terminated by his former employer, the Commonwealth's Department of the Trial Court. He also seeks leave to proceed in forma pauperis, representing that he is without any income and that he only has $103.57 in assets. He further states that he does not have any regular monthly expenses for housing, transportation, or utilities, but that he is obligated to pay $520 per month on outstanding debt.

Under 28 U.S.C. § 1915, a person seeking to proceed in forma pauperis must submit an affidavit that includes "a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Bradford has not complied with this requirement. Although he claims that he is completely without income and that his assets are nominal, he has not provided any information as to

how he affords the basic expenses of life, such as food,
clothing, transportation, and housing.  He also does not explain
how he is able to pay his outstanding debts.

Without a complete picture of Bradford's financial
situation, including any gifts in kind or in cash, the Court
cannot evaluate whether he qualifies for in forma pauperis
status.

Accordingly, the motion for leave to proceed in forma
pauperis is DENIED WITHOUT PREJUDICE.  If Bradford wishes to
proceed with this action, he must, within 21 days (1) pay the
$400 filing fee; or (2) file a renewed motion for leave to
proceed in forma pauperis in which he explains how he affords or
is provided the basic necessities of life.  Failure to comply
with this directive will result in dismissal of the action
without prejudice.

**So ordered.**

                              /s/ Nathaniel M. Gorton
                              Nathaniel M. Gorton
                              United States District Judge
Dated: 12/4/17

2