Case 1:17-cv-12245-NMG   Document 6   Filed 12/18/17   Page 1 of 1

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERKS OFFICE

2017 DEC 18 PM 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

BOSTON MA 021
NEOPOST          FIRST-CLASS MAIL
05 DEC 2017 PM 11   12/05/2017
                    US $000.67⁹



ZIP 02210
041M11276665

USMS SCREENED

Gerard M. Bradford
1415 Commonwealth Ave
#302
Brighton, MA 02135

015 N/E 1    81610612/05/17
FORWARD TIME EXP  RTN TO SEND
BRADFORD GERARD M
11 MOUNT PLEASANT AVE STE A
ROXBURY MA 02119-3300

RETURN TO SENDER