```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                                    |                          |
|------------------------------------|--------------------------|
| **GERARD M. BRADFORD,**            |                          |
|     **Plaintiff,** |                      |
|                                    | **Civil Action No.**     |
| v.                                 | **17-12245-NMG**         |
|                                    |                          |
| **COMMONWEALTH OF MASSACHUSETTS**  |                          |
| **DEPARTMENT OF THE TRIAL COURT,** |                          |
|     **Defendant.** |                      |

                            ORDER

**GORTON, J.**

For the reasons stated below, the Court orders that this action be DISMISSED WITHOUT PREJUDICE.

In an order dated May 24, 2018 (Dkt. No. 7), the Court directing pro se Gerard M. Bradford to pay the $400 filing fee or file a renewed motion for leave to proceed in forma pauperis. The Court warned Bradford that failure to do so within thirty-five days would result in dismissal of the action without prejudice.

The deadline for complying with the May 24, 2018 order has passed, and Bradford has not paid the fee or filed a renewed motion for leave to proceed in forma pauperis.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee

**So ordered.**

                               /s/ Nathaniel M. Gorton
                               Nathaniel M. Gorton
                               United States District Judge

Dated: 7/13/18